IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARI RUBIO & CHRISTOPHER RUBIO, | § § § | |
| *Plaintiffs,* | § § | |
| | § | NO. 4:22-cv-1113 |
| v. | § § | |
| | § | |
| BLUE RIBBON ROOFING, LLC, | § § | |
| *Defendant.* | § § | JURY TRIAL DEMANDED |

---

## PLAINTIFFS' ORIGINAL COMPLAINT & JURY DEMAND

---

### INTRODUCTION

This is an action in which Cari Rubio and Christopher Rubio make the following allegations against Blue Ribbon, LLC ("Blue Ribbon").

### JURISDICTION & VENUE

1.     This Court has federal question jurisdiction under 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 and supplemental jurisdiction over the other claims under 28 U.S.C. § 1367.

2.     Venue is proper in this district under 28 U.S.C. §§ 1391 because a substantial part of the events giving rise to this claim occurred in this District and Division.   Cari Rubio and Christopher Rubio reside in Tarrant County, Texas. Defendant solicited business in Tarrant County, Texas and contracted with Plaintiffs

in Tarrant County, Texas.

## PARTIES

3.     Plaintiff Cari Rubio ("Mrs. Rubio") is an individual residing in the State of Texas.  Mrs. Rubio may be served with all papers by and through her attorneys of record, Joshua Graham Trial Lawyers, at 6924 Glenview Drive, North Richland Hills, Texas 76180.

4.     Plaintiff Christopher Rubio ("Mr. Rubio") is an individual residing in the State of Texas.  Mr. Rubio may be served with all papers by and through his attorneys of record, Joshua Graham Trial Lawyers, at 6924 Glenview Drive, North Richland Hills, Texas 76180.

5.     Defendant Blue Ribbon Roofing LLC ("Blue Ribbon") is a Limited Liability Company formed under the laws of the State of Texas.  Defendant Blue Ribbon Roofing LLC may be served by and through its registered agent, Legal Registered Agent Services, Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731.

## BACKGROUND FACTS

6.     Blue Ribbon Roofing, LLC is a roofing company that marketed itself under the names "Blue Ribbon LLC", "Blue Ribbon", and Blue Ribbon Roofing & Construction LLC."

7.     Blue Ribbon Roofing, LLC failed to register any of the aforementioned names as assumed names with either the Texas Secretary of State or with the Tarrant County Clerk's Office.

8.      On or about May 24, 2021, Defendant Blue Ribbon's agent, John Hopkins, solicited Plaintiff Cari Rubio in her home.  John Hopkins drafted a proposal, calling for the removal of 36.59 square of roofing material and the installation of 47.67 square of roofing material on Plaintiffs' home.  A copy of Blue Ribbon's proposal is attached hereto as Exhibit A.  Blue Ribbon's proposal was for work to be completed within the scope of Plaintiffs' insurance carrier, Liberty Mutual.  The scope of work is attached hereto as Exhibit B.

9.      Defendant Blue Ribbon failed to provide Plaintiffs with the failed to provide the proper disclosures under Texas Business & Commerce Code Ann., Sec. 601.001 et seq.  Blue Ribbon's proposal was for a value greater than twenty-five dollars ($25).  Blue Ribbon's proposal was not for the sale of insurance or farm equipment.  Blue Ribbon's proposal was not for the purchase of real estate under $100.  No attorney or broker assisted in the transaction.  The sale was not conducted entirely by telephone or mail.  Plaintiffs never physically visited Blues Ribbon's business establishment.

10.      On the same day that Blue Ribbon drafted proposal, it instructed Plaintiffs to sign a Certificate of Completion, attached hereto as Exhibit C.

11.      On the same day that Blue Ribbon drafted proposal, it instructed Plaintiffs to sign a Third Party Information Release Authorization, attached hereto as Exhibit D.

12.      Blue Ribbon used the Certificate of Completion and the Release of Information to obtain checks from Liberty Mutual Insurance Company, including

depreciation value, for work that had not yet been completed.

13.    On or about August 30, 2021, Blue Ribbon presented Plaintiffs with an Invoice, attached hereto as Exhibit E.  The Invoice called for replacing 36.59 squares of roofing material.  Blue Ribbon never returned to complete the balance of the 47.67 total squares that it was supposed to replace.  The balance represented Plaintiffs' covered patio and shed that Blue Ribbon proposed replacing and was within the scope that Blue Ribbon agreed to replace.

14.    Blue Ribbon failed to complete other work such as repairing damaged sheetrock in the Plaintiffs' home.

15.    Blue Ribbon destroyed Plaintiffs' fence and attempted to replace the fence without obtaining the proper permit required by City of Keller Code of Ordinances.

16.    Blue Ribbon damaged Plaintiffs' property by failing to use ordinary care in its work.

17.    Plaintiffs received three checks from their insurance carrier made out to Plaintiffs and their mortgage servicing company, PennyMac Loan Services LLC. A copy of the three checks are attached hereto as Exhibit F.

18.    Blue Ribbon's agent, John Hopkins, convinced Plaintiffs to endorse the three checks, totaling approximately $34,661.44.  When Plaintiffs told Blue Ribbon's agent that the mortgage company needed to endorse the checks, Blue Ribbon's agent responded that he would handle that.

19.    Blue Ribbon deposited the three checks into their Oklahoma bank

account with First United Bank & Trust Company. The checks were drawn off of Virginia-based Bank of America.

20.     Blue Ribbon never obtained the "PennyMac" endorsement on the three checks.

21.     Instead, Blue Ribbon endorsed the checks as itself and forged what purported to be a PennyMac endorsement, an example of which is below:



22.     At no time did Blue Ribbon or John Hopkins have PennyMac Loan Services LLC's authority to endorse any of the three checks.

23.     Liberty Mutual Insurance Company, in cooperation with PennyMac Loan Services LLC, filed a check fraud claim with Bank of America, attached hereto as Exhibit G.

24.     Bank of America, in cooperation with First United Bank & Trust Company determined the fraudulent PennyMac endorsement was not authentic and reversed the transaction.

25.     In letter, dated November 17, 2022 but postmarked November 28, 2022, Blue Ribbon demanded payment from Plaintiffs.

/ /

/ /

/ /

/ /

CAUSES OF ACTION

<u>COUNT I—WIRE FRAUD UNDER 18 U.S.C §§ 1343, 1961–68</u>

26.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

27.    **"**It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt." 18 U.S.C. § 1962.

28.    At all relevant times, Blue Ribbon was and continues to engage in business as an "enterprise" under 18 U.S.C. § 1961(4).

29.    As an enterprise, Blue Ribbon was and continues to engage in activities that affect interstates commerce.

30.    John Hopkins is associated with Blue Ribbon and played a part in directing the enterprise's affairs.

31.    John Hopkins and Blue Ribbon engaged in wire fraud under 18 U.S.C. § 1961(1)(B) and 18 U.S.C § 1343 by having used wire transmission on radios (in the form of cellular communication devices) to perpetrate a fraud using Plaintiffs' fraudulently-obtained endorsement and PennyMac's fraudulent endorsement on three checks deposited across state lines using wires.

32.    Blue Ribbon's agent, John Hopkins, knew the statements he made to Plaintiffs were false.

33.    Blue Ribbon's agent, John Hopkins, knew the purported PennyMac endorsement was false.

34.    Blue Ribbon's knew its representations of a material fact were false when it deposited the three checks using wires.

35.    Plaintiffs sustained and continues to sustain substantial damage in an amount to be determined at trial, and Plaintiffs further requests that any compensatory damages award be trebled along with an award of attorney's fees and costs, according to 18 U.S.C. § 1964(C).

### COUNT II—BANK FRAUD UNDER 18 U.S.C §§ 1344, 1961–68

36.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

37.    "It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt." 18 U.S.C. § 1962.

38.    At all relevant times, Blue Ribbon was and continues to engage in business as an "enterprise" under 18 U.S.C. § 1961(4).

39.    As an enterprise, Blue Ribbon was and continues to engage in activities that affect interstates commerce.

40.    John Hopkins is associated with Blue Ribbon and played a part in directing the enterprise's affairs.

41.    John Hopkins and Blue Ribbon engaged in bank fraud under 18 U.S.C. § 1961 and 18 U.S.C § 1344 by having obtained moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises, namely using Plaintiffs' fraudulently-obtained endorsement and PennyMac's fraudulent endorsement on three checks deposited across state lines using wires.

42.    Blue Ribbon's agent, John Hopkins, knew the statements he made to Plaintiffs were false.

43.    Blue Ribbon's agent, John Hopkins, knew the purported PennyMac endorsement was false.

44.    Blue Ribbon's knew its representations of a material fact were false when it obtained money, funds, or credits by depositing the three checks with a financial institution.

45.    Plaintiffs sustained and continues to sustain substantial damage in an amount to be determined at trial, and Plaintiffs further requests that any compensatory damages award be trebled along with an award of attorney's fees and costs, according to 18 U.S.C. § 1964(C).

COUNT III—FRAUD

46.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

47.    Defendant represented to Plaintiff that it was competent to complete the work required.

48.     Defendant represented to Plaintiffs that it would follow the building codes and Keller City Code of Ordinances.

49.     Defendant's representation was material because it was important to Plaintiffs that Defendant performed the work on their home competently and according to code.

50.     Defendant's representation to Plaintiffs was a false promise of future performance.

51.     Alternatively, Defendant's conduct amounted to a false representation to Plaintiffs.

52.     Defendant made the false representation knowing it was false or with recklessly, as a positive assertion, and without knowledge of its truth.

53.     Defendant's false representation directly and proximately caused injury to Plaintiff, which resulted in the following damages:

   a.  Necessary and reasonable costs and expenses to repair Defendant's deficient work;

   b.  Necessary and reasonable costs and expenses to replace Defendant's deficient work;

   c.  Loss of past use and enjoyment in Plaintiff's property; and

   d.  Loss of future use and enjoyment in Plaintiff's property.

54.     By reason of all the above and foregoing, Plaintiffs suffered losses and damages in an amount within the jurisdictional limits of this Court, for which they hereby sue. Additionally, Plaintiffs will continue to suffer such losses and damages

in the future, for which they also sue.

55.    Plaintiffs' injury resulted from Defendant's actual fraud, gross negligence, or malice, which entitles plaintiff to exemplary damages under TEX. CIV. PRAC. & REM. CODE § 41.003(a).

## COUNT IV—BREACH OF CONTRACT

56.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

57.    On or about May 24, 2021, Plaintiff Cari Rubio and Defendant executed a valid and enforceable contract.

58.    The contract required Defendant to repair Plaintiffs' home based on the scope of work from Plaintiffs' insurance carrier.

59.    Defendant breached the contract when it failed to conduct the contracted repairs.

60.    Defendant breached the contract when it provided an invoice and demanded payment for work that it did not perform.

61.    Defendant's breach caused injury to Plaintiffs, which resulted in the following damages:

- Necessary and reasonable costs and expenses to repair Defendant's deficient work;

- Necessary and reasonable costs and expenses to replace Defendant's deficient work;

- Loss of past use and enjoyment in Plaintiff's property; and

- Loss of future use and enjoyment in Plaintiff's property.

62.    Plaintiffs are entitled to recover reasonable and necessary attorney fees under TEX. CIV. PRAC. & REM. CODE § 38 because this suit is for breach of a written construction as defined by TEX. CIV. PRAC. & REM. CODE § 130.001.

### COUNT V—FRAUDULENT MISREPRESENTATION

63.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

64.    Defendant convinced Plaintiffs to endorse three checks based on the promise that Defendant would obtain the endorsement of Plaintiffs' mortgage servicing company.

65.    Defendant Blue Ribbon and its agent John Hopkins made material misrepresentations, namely, without limitation, that Defendant would obtain the endorsement of Plaintiffs' mortgage servicing company.

66.    Defendant's representations were false because Blue Ribbon did not obtain PennyMac's lawful endorsement on the three checks.  Instead, Blue Ribbon constructively involved Plaintiffs in what was arguably a crime against PennyMac.

67.    Blue Ribbon knew that the respective representations were false when made or made them recklessly without any knowledge of the truth and as a positive assertion.

68.    Blue Ribbon and Blue Ribbon's agent, John Hopkins, made these representations with the intention that it should be acted upon.

69.    Blue Ribbon's representations were in fact justifiably relied on by Plaintiffs.

70.    Damage to Plaintiffs resulted, including, without limitation, loss of time, loss of use of enjoyment of property, attorneys' fees, and other costs.

## COUNT VI—BREACH OF FIDUCIARY DUTIES

71.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

72.    By accepting the endorsed three checks, without any work performed, and on the promise to obtain PennyMac's endorsement, a constructive trust was formed.  Blue Ribbon and its agent, John Hopkins, were fiduciaries both at common law and under the Texas Trust Act.

73.    Blue Ribbon breached its fiduciary duty of loyalty and utmost good faith, and its specific duty to not receive an untoward benefit, including either depositing the three checks without the proper endorsements or keeping the money for Blue Ribbon's benefit without actually performing the work according to the scope of work authorized by Plaintiffs' insurance carrier.  Stated differently, Blue Ribbon breached its fiduciary duty to Plaintiffs by unlawfully endorsing and depositing the checks.

74.    Blue Ribbon's breach resulted in both injury to Plaintiffs and benefit to Blue Ribbon.

## COUNT VII—NEGLIGENCE PER SE

75.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

76.     Defendant was responsible for statute, or in the alternative violation of the following City of Keller Code of Ordinances and respective Texas statutes are evidence of negligence or an applicable standard of care:

Section 8.11 Fencing Requirements in Single-Family (S) and Two-Family (2F) Residential Zoning Districts

    A.    *General Requirements for all Properties.*

        1.    A fence permit shall be required for the following:

            a)    All new fence construction.

            b)    The replacement of an existing fence of more than eight (8) linear feet being replaced in the same location other than Agricultural Fencing.

            c)    The relocation of any portion of fencing regardless whether the same panels are being used.

## CAUSATION

77.     Defendant failed to obtain the proper permits, failed to pay the permit fee, and failed to follow the residential building code as adopted by the Keller Code of Ordinances.

78.     As a direct and proximate result of Defendant's negligence, Plaintiffs were deprived of the use and enjoyment of their property, and suffered, or will suffer, expenses and costs to replace or repair Defendant's deficient work.

## DAMAGES

79.     As a proximate result of Defendant's negligence as set forth above, Plaintiffs are entitled to recover fair and reasonable compensation for the below-listed injuries and damages, as follows:

    a.  Necessary and reasonable costs and expenses to repair Defendant's deficient work;

    b.  Necessary and reasonable costs and expenses to replace Defendant's deficient work;

    c.  Loss of past use and enjoyment in Plaintiff's property;

    d.  Loss of future use and enjoyment in Plaintiff's property; and

80.    By reason of all the above and foregoing, Plaintiffs suffered losses and damages in an amount within the jurisdictional limits of this Court, for which they hereby sue. Additionally, Plaintiffs will continue to suffer such losses and damages in the future, for which they also sue.

### COUNT VII—CONVERSION, ALTERNATIVELY, TRESPASS TO CHATEL

81.    Plaintiffs incorporate all previous paragraphs as if stated verbatim herein.

82.    Plaintiffs owned home furnishings, cabinets, shelving, and various other personal property that was in their home while Blue Ribbon worked.

83.    Plaintiffs legally possessed the aforementioned property.

84.    Plaintiffs had a legal right to possession of the aforementioned property.

85.    Defendant wrongfully damaged Plaintiffs' property.

86.    Defendant's wrongful acts proximately caused injury to Plaintiffs which resulted in loss of value of the personal property, loss of use of the personal property, and actual damages within the jurisdictional limits of this Court.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request this Court enter:

87.    A judgment in favor of Plaintiffs Cari Rubio and Christopher Rubio against Blue Ribbon Roofing LLC awarding Plaintiffs damages for each respective cause of action;

88.    An order awarding attorneys' fees, costs, and expenses as allowed in accordance with 29 U.S.C. § 216(b);

89.    A judgment against Blue Ribbon Roofing LLC awarding Plaintiffs Cari Rubio and Christopher Rubio actual and punitive damages incurred as a result of Defendants' fraudulent misrepresentations;

90.    Pre-judgment and post-judgment interest at the highest applicable rates allowable by law; and

91.    Any and all other relief to which Plaintiff may show himself to be entitled.

DEMAND FOR JURY TRIAL

Plaintiffs, under Rule 38 of the Federal Rules of Civil Procedure, request a trial by jury of any issues so triable by right.

Dated: December 15, 2022

/ /

/ /

/ /

Respectfully Submitted,


By:  _Joshua Graham_

Joshua Stewart Graham
SBN:  TX24080736

JOSHUA GRAHAM TRIAL LAWYERS
6924 Glenview Drive
North Richland Hills, Texas 76180
Tel:   817-789-4000
Fax:   817-789-4001

# Blue Ribbon Roofing

6401 Eldorado Pkwy, Ste. D  McKinney, TX 75070

(972) 464-1858 • (888) 519-6534 Fax • www.BlueRibbonDFW.com

PROFESSIONAL
ROOFING CONTRACTOR SINCE 1991

Representative _John Hopkins_

Date _5/24/21_ 20___

NAME _Cori Rubio_     Phone _214.402-1212_

ADDRESS _245 Dodge TRL. Keller  TX.  75248_
   Street              City              State        Zip

EMAIL ADDRESS _thethreerurios.@yahoo.com_

The Undersigned Contractor agrees to furnish all materials and labor necessary for the work specified below.

- ☑ Nail all shingles no staples
- ☑ Tear off and haul away _1_ layer(s) of shingles: _1_ Comp. ___ Wood
- ☐ Re deck with osb
- ☑ Install _SYN_ felt over entire roof area.
- ☐ Install _____ metal drip edge around roof perimeter; color _____
- ☑ Install _250_ lbs. per square _Lifetime_ year warranty shingles
- ☑ Valleys double enclosed with water shield for extra protection;
- ☑ Vent stacks pulled and rust proofed; _Paint_
- ☑ Flash around vents, skylights, or chimneys     _certainteed max Def._
- ☑ Tree limbs trimmed back to protect new roof          _w/w_
- ☐ Install _____ wind turbines for adequate ventilation; color _____
- ☐ Wood repair that included _____
- ☑ Work area cleaned daily; roll yard with magnet for nails.
- ☑ Job will take no longer than _2_ days weather permitting
- ☑ Workmanship guaranteed _10_ years.
- ☑ Misc. _New Gutters, ceilings per supplement_

| | |
|---|---|
| Starter | 284.90 |
| Ridge | 222.94 |
| Off | 36.59 |
| On | 47.67 |
| Ridge Vent | 67 LF |
| Low Pros | 3 |
| Boots | 4 |
| Stack Caps | 3 |

First Payment Due at Signing ✱ _8,795.16_     Dollars ($
Supplement Payment upon Install ✱ _T· B.D._     Plus Supplement
Final Payment upon Completion ✱ _8,568.87_

Once Blue Ribbon Roofing **MEETS** with my insurance company's **ADJUSTER** and the Insurance company **AGREE'S** to pay for the **ROOF REPLACEMENT** I the home owner GUARANTEE the Roof Replacement job.

**INSURANCE PROCEEDS PLUS DEDUCTIBLE.** All taxes included.

Any alterations or deviations from the above specifications involving extra cost will be executed only upon written order and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

## ACCEPTANCE OF PROPOSAL

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. Blue Ribbon Roofing has entered into a written agreement, and has been given the authority to negotiate on my behalf with any and all check endorsers insurance company and or mortgage company's.

**Texas law requires a person insured under a property insurance policy to pay any deductible applicable to a claim made under the policy. It is a violation of Texas law for a seller of goods or services who reasonably expects to be paid wholly or partly from the proceeds of a property insurance claim to knowingly allow the insured person to fail to pay, or assist the insured person's failure to pay, the applicable insurance deductible.** _____ Initial

By _John Hopkins_          Purchaser ✓ _CRubio_          Date _5/24/2021_
   Authorized Agent



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

| | | | |
|---|---|---|---|
| Insured: | CARI RUBIO & CHRISTOPHER M RUBIO | Cell: | (214) 402-1212 |
| Property: | 245 DODGE TRL | Home: | (214) 402-1212 |
| | KELLER, TX 76248-4941 | E-mail: | thethreerubios@yahoo.com |
| Home: | 245 DODGE TRL | | |
| | KELLER, TX 76248-4941 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Michael Wimberly | Business: | (844) 499-1898 x 6205 |
| | | E-mail: | Michael.Wimberly@libertymutual.com |

| | | | |
|---|---|---|---|
| Claimant: | RUBIO, CARI | Cell: | (214) 402-1212 |
| Home: | 245 DODGE TRL | | |
| | KELLER, TX 76248-4941 | | |

| | | | |
|---|---|---|---|
| Estimator: | Michael Wimberly | Business: | (844) 499-1898 x 6205 |
| | | E-mail: | Michael.Wimberly@libertymutual.com |

Reference:
Company:    Liberty Mutual Personal Insurance Company

**Claim Number:** 045498276-01         **Policy Number:** H3V29188692940         **Type of Loss:** Hail

| | | | | |
|---|---|---|---|---|
| Date Contacted: | 5/7/2021 6:30 AM | | | |
| Date of Loss: | 4/28/2021 8:00 AM | Date Received: | 5/1/2021 1:00 AM |
| Date Inspected: | 5/13/2021 9:00 AM | Date Entered: | 5/3/2021 12:06 PM |
| Date Est. Completed: | 8/14/2021 10:11 AM | | |

| | |
|---|---|
| Price List: | TXDF8X_MAY21 |
| | Restoration/Service/Remodel |
| Estimate: | CARI_RUBIO_&_CHRIST1 |

*Handwritten:*
5/18/2021  $8795.16
8/16/2021  $12104.42
9/7/2021  $13741.86
$ 34,661.44
2810.00
$ 37,471.44



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

In the following pages, you will find the estimated cost of covered repairs to your property.

***For Dwelling and/or Other Structure items***: The estimated cost of covered repairs to your home is calculated using current local prices that are usual and customary. This estimate is based on the replacement cost of the damaged property, less your policy deductible and any applicable depreciation.

Your current mortgage company may be listed as the payee on payment(s) for the covered repairs to your home. If so, you will need to contact your mortgage company to determine their procedures for processing claims payments. The mortgage company will not be listed on payments for your personal property.

We encourage you to work with a contractor of your choice in completing the repairs to your home. If you or your contractor has any questions or concerns about this estimate, please contact me at the number shown above. It is important to call us with questions prior to beginning repairs, as any changes in the scope of damages or pricing must be pre-approved by Liberty Mutual Insurance.

***For Personal Property items:*** Prices are calculated utilizing like, kind and quality goods, less any applicable depreciation, policy limits, or other adjustments as outlined in the estimate. For your convenience, we can refer you to vendors who may be able to directly replace many of your lost and/or damaged items.

If you have any questions about this estimate, please do not hesitate to contact us at the numbers provided above.

Thank you for insuring with Liberty Mutual Insurance. We appreciate your business.



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

### Dwelling Line Item Detail

#### DEBRIS REMOVAL

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 30 yards, 5-7 tons of debris | | | | | | | | | |
| 1.00 EA | 542.00 | 0.00 | 108.40 | 650.40 | 0/NA | Avg. | NA | (0.00) | 650.40 |

The payment for this item has not yet been incurred.
This debris removal scope item was generated based on the actual weight and volume of all materials being removed from the property and includes only items that specifically exclude haul and dump fees as per the Xactimate descriptions. PWI (Paid when incurred)

| **Totals: DEBRIS REMOVAL** | | **0.00** | **108.40** | **650.40** | | | | **0.00** | **650.40** + 650 |

#### Source - Accurence - Accurence - Roof

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 2. Tear off composition shingles (no haul off) | | | | | | | | | |
| 35.87 SQ | 34.79 | 0.00 | 0.00 | 1,247.92 | 0/NA | Avg. | NA | (0.00) | 1,247.92 |
| 3. Roofing felt - 15 lb. | | | | | | | | | |
| 36.59 SQ | 30.34 | 17.33 | 0.00 | 1,127.47 | 0/20 yrs | Avg. | 0% | (0.00) | 1,127.47 |
| 4. Drip edge | | | | | | | | | |
| 294.90 LF | 2.45 | 21.90 | 0.00 | 744.41 | 0/35 yrs | Avg. | 0% | (0.00) | 744.41 + 845.61 |
| 5. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | + 340.30 |
| 47.67 SQ | 211.78 | 372.04 | 0.00 | 10,467.59 | 0/30 yrs | Avg. | 0% | (0.00) | 10,467.59 + 5582.71 |

This line item includes a shingle material allowance of $91.82 per square, which reflects current market prices in your area. Market prices were verified by ITEL. The ITEL Asphalt Shingle Program allows you or your contractor of choice to have materials delivered directly to your home for installation. For more information on ordering shingles through ITEL, contact them at customerservice@itelinc.com or 800-890-4835.

| 6. Valley metal | | | | | | | | | |
| 82.38 LF | 5.47 | 13.80 | 0.00 | 464.42 | 0/35 yrs | Avg. | 0% | (0.00) | 464.42 + 212.31 |
| 7. Step flashing | | | | | | | | | |
| 9.00 LF | 9.37 | 1.14 | 0.00 | 85.47 | 0/35 yrs | Avg. | 0% | (0.00) | 85.47 + 39.07 |
| 8. Flashing - pipe jack | | | | | | | | | |
| 4.00 EA | 44.82 | 4.58 | 0.00 | 183.86 | 0/35 yrs | Avg. | 0% | (0.00) | 183.86 + 84.05 |
| 9. Exhaust cap - through roof - 6" to 8" | | | | | | | | | |
| 3.00 EA | 83.73 | 8.47 | 0.00 | 259.66 | 0/35 yrs | Avg. | 0% | (0.00) | 259.66 + 118.70 |
| 10. Ridge cap - composition shingles | | | | | | | | | |
| 222.94 LF | 4.07 | 20.23 | 0.00 | 927.60 | 0/25 yrs | Avg. | 0% | (0.00) | 927.60 + 445.25 |
| 11. Power attic vent cover only - metal | | | | | | | | | |
| 2.00 EA | 87.80 | 5.01 | 0.00 | 180.61 | 0/7 yrs | Avg. | 0% | (0.00) | 180.61 + 135.46 |



**Liberty Mutual**

PO Box  515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

**Dwelling Line Item Detail, cont.**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 12.  Digital satellite system - Detach & reset | | | | | | | | | |
| 1.00 EA | 35.85 | 0.00 | 0.00 | 35.85 | 0/NA | Avg. | 0% | (0.00) | 35.85 |
| Revisions started by Michael Wimberly on 8/2/2021. | | | | | | | | | |
| 13.  Roofing felt - 15 lb. | | | | | | | | | |
| 36.59 SQ | 30.34 | 17.33 | 0.00 | 1,127.47 | 0/20 yrs | Avg. | 0% | (0.00) | 1,127.47 |
| 14.  Prime & paint roof jack | | | | | | | | | |
| 4.00 EA | 34.94 | 2.07 | 0.00 | 141.83 | 0/15 yrs | Avg. | 0% | (0.00) | 141.83 |
| 15.  Prime & paint roof vent | | | | | | | | | |
| 5.00 EA | 34.94 | 2.58 | 0.00 | 177.28 | 0/15 yrs | Avg. | 0% | (0.00) | 177.28 |
| 16.  Flashing - L flashing - galvanized | | | | | | | | | |
| 11.33 LF | 3.95 | 1.37 | 0.00 | 46.12 | 0/35 yrs | Avg. | 0% | (0.00) | 46.12 |
| 17.  R&R Flue cap | | | | | | | | | |
| 1.00 EA | 124.38 | 7.15 | 0.00 | 131.53 | 0/18 yrs | Avg. | 0% | (0.00) | 131.53 |
| 18.  R&R Fireplace - chimney chase cover - sheet metal | | | | | | | | | |
| 1.00 EA | 410.73 | 16.74 | 0.00 | 427.47 | 0/20 yrs | Avg. | 0% | (0.00) | 427.47 |
| Revisions ended by Michael Wimberly 8/2/2021 | | | | | | | | | |
| Revisions started by Michael Wimberly on 8/14/2021. | | | | | | | | | |
| 19.  Enty, Foyer, Hallway, and Kitchen | | | | | | | | | |
| 1.00 EA | 9,578.26 | 0.00 | 0.00 | 9,578.26 | 0/NA | Avg. | 0% | (0.00) | 9,578.26 |
| Revisions ended by Michael Wimberly 8/14/2021 | | | | | | | | | |
| **Totals:  Roof** | | 511.74 | 0.00 | 27,354.82 | | | | 0.00 | 27,354.82 |

*Handwritten annotations:* +845.61, +106.37, +132.97, +21.09, +87.05, +9578.26, +18,574.81

Source - Accurence - Accurence - Shed roof

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 20.  Tear off composition shingles (no haul off) | | | | | | | | | |
| 2.03 SQ | 34.79 | 0.00 | 0.00 | 70.62 | 0/NA | Avg. | NA | (0.00) | 70.62 |
| 21.  3 tab - 25 yr. - comp. shingle roofing - w/out felt | | | | | | | | | |
| 2.33 SQ | 201.79 | 16.71 | 0.00 | 486.88 | 0/25 yrs | Avg. | 0% | (0.00) | 486.88 |
| This line item includes a shingle material allowance of $84.17 per square, which reflects current market prices in your area. Market prices were verified by ITEL. The ITEL Asphalt Shingle Program allows you or your contractor of choice to have materials delivered directly to your home for installation. For more information on ordering shingles through ITEL, contact them at customerservice@itelinc.com or 800-890-4835. | | | | | | | | | |
| 22.  Roofing felt - 15 lb. | | | | | | | | | |
| 2.03 SQ | 30.34 | 0.96 | 0.00 | 62.55 | 0/20 yrs | Avg. | 0% | (0.00) | 62.55 |
| 23.  Drip edge | | | | | | | | | |
| 57.06 LF | 2.45 | 4.24 | 0.00 | 144.04 | 0/35 yrs | Avg. | 0% | (0.00) | 144.04 |
| 24.  Ridge cap - composition shingles | | | | | | | | | |
| 13.71 LF | 4.01 | 1.18 | 0.00 | 56.16 | 0/25 yrs | Avg. | 0% | (0.00) | 56.16 |

*Handwritten annotations:* +233.70, +30.02, +69.14, +26.96



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

**Dwelling Line Item Detail, cont.**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals: Shed roof | | | 23.09 | 0.00 | 820.25 | | | | 0.00 | 820.25 |
| Total: Accurence | | | 534.83 | 0.00 | 28,175.07 | | | | 0.00 | 28,175.07 |

Source - Accurence - Interior - Living Room

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 25. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| 16.00 SF | 2.86 | 0.70 | 9.30 | 55.76 | 0/150 yrs | Repl. | 0% | (0.00) | 55.76 |
| 26. R&R Batt insulation - 10" - R30 - unfaced batt | | | | | | | | | |
| 16.00 SF | 1.68 | 1.11 | 5.60 | 33.59 | 0/150 yrs | Repl. | 0% | (0.00) | 33.59 |
| 27. Floor protection - plastic and tape - 10 mil | | | | | | | | | |
| 476.70 SF | 0.32 | 4.33 | 31.36 | 188.23 | 0/15 yrs | Repl. | 0% | (0.00) | 188.23 |
| 28. Remove Acoustic ceiling (popcorn) texture | | | | | | | | | |
| 460.70 SF | 0.43 | 0.00 | 39.62 | 237.72 | 0/150 yrs | Repl. | NA | (0.00) | 237.72 |
| 29. Acoustic ceiling (popcorn) texture | | | | | | | | | |
| 476.70 SF | 1.21 | 2.36 | 115.84 | 695.01 | 0/150 yrs | Repl. | 0% | (0.00) | 695.01 |
| 30. Seal the surface area w/latex based stain blocker - one coat | | | | | | | | | |
| 476.70 SF | 0.62 | 2.75 | 59.68 | 357.98 | 0/15 yrs | Repl. | 0% | (0.00) | 357.98 |
| 31. Light fixture - Detach & reset | | | | | | | | | |
| 7.00 EA | 51.62 | 0.00 | 72.26 | 433.60 | 0/NA | Repl. | 0% | (0.00) | 433.60 |
| 32. Ceiling fan - Detach & reset | | | | | | | | | |
| 2.00 EA | 183.84 | 0.00 | 73.54 | 441.22 | 0/NA | Repl. | 0% | (0.00) | 441.22 |
| Revisions started by Michael Wimberly on 8/2/2021. | | | | | | | | | |
| **33. Heat/AC register - Mechanically attached - Detach & reset** | | | | | | | | | |
| **2.00 EA** | **14.34** | **0.00** | **5.74** | **34.42** | **0/NA** | **Avg.** | **0%** | **(0.00)** | **34.42** |
| **34. Recessed light fixture - Detach & reset entire unit** | | | | | | | | | |
| **4.00 EA** | **108.23** | **0.00** | **86.58** | **519.50** | **0/NA** | **Avg.** | **0%** | **(0.00)** | **519.50** |
| **35. R&R 5/8" drywall - hung, taped, floated, ready for paint** | | | | | | | | | |
| **8.00 SF** | **3.21** | **0.36** | **5.20** | **31.24** | **0/150 yrs** | **Avg.** | **0%** | **(0.00)** | **31.24** |
| **36. Seal & paint acoustic ceiling (popcorn) texture** | | | | | | | | | |
| **483.54 SF** | **1.25** | **11.57** | **123.20** | **739.20** | **0/15 yrs** | **Avg.** | **0%** | **(0.00)** | **739.20** |
| **37. Mask wall - plastic, paper, tape (per LF)** | | | | | | | | | |
| **96.61 LF** | **1.59** | **2.07** | **31.14** | **186.82** | **0/150 yrs** | **Avg.** | **0%** | **(0.00)** | **186.82** |
| **38. Contents - move out then reset - Large room** | | | | | | | | | |
| **1.00 EA** | **85.06** | **0.00** | **17.02** | **102.08** | **0/NA** | **Avg.** | **0%** | **(0.00)** | **102.08** |
| Revisions ended by Michael Wimberly 8/2/2021 | | | | | | | | | |

CARI_RUBIO_&_CHRIST1



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

**Dwelling Line Item Detail, cont.**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals: Living Room | | | 25.25 | 676.08 | 4,056.37 | | | | 0.00 | 4,056.37 |

**+ 577.24**

Source - Accurence - Interior - Bedroom

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 39. Drywall tape joint/repair - per LF | | | | | | | | | | |
| | 16.00 LF | 9.46 | 0.34 | 30.34 | 182.04 | 0/150 yrs | Avg. | 0% | (0.00) | 182.04 |
| 40. Paint the walls and ceiling - one coat | | | | | | | | | | |
| | 486.45 SF | 0.66 | 4.41 | 65.10 | 390.57 | 0/15 yrs | Avg. | 0% | (0.00) | 390.57 |
| Revisions started by Michael Wimberly on 8/2/2021. | | | | | | | | | | |
| 41. Floor protection - plastic and tape - 10 mil | | | | | | | | | | |
| | 114.45 SF | 0.32 | 1.04 | 7.52 | 45.18 | 0/15 yrs | Avg. | 0% | (0.00) | 45.18 |
| 42. R&R 5/8" drywall - hung, taped, floated, ready for paint | | | | | | | | | | |
| | 6.00 SF | 3.21 | 0.27 | 3.92 | 23.45 | 0/150 yrs | Avg. | 0% | (0.00) | 23.45 |
| 43. Heat/AC register - Mechanically attached - Detach & reset | | | | | | | | | | |
| | 1.00 EA | 14.34 | 0.00 | 2.86 | 17.20 | 0/NA | Avg. | 0% | (0.00) | 17.20 |
| 44. Ceiling fan - Detach & reset | | | | | | | | | | |
| | 1.00 EA | 183.84 | 0.00 | 36.76 | 220.60 | 0/NA | Avg. | 0% | (0.00) | 220.60 |
| 45. Contents - move out then reset - Large room | | | | | | | | | | |
| | 1.00 EA | 85.06 | 0.00 | 17.02 | 102.08 | 0/NA | Avg. | 0% | (0.00) | 102.08 |
| Revisions ended by Michael Wimberly 8/2/2021 | | | | | | | | | | |
| Totals: Bedroom | | | 6.06 | 163.52 | 981.12 | | | | 0.00 | 981.12 |

**+ 117.84**

Source - Accurence - Interior - Garage

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 46. R&R 5/8" drywall - hung, taped, floated, ready for paint | | | | | | | | | | |
| | 24.00 SF | 3.21 | 1.07 | 15.62 | 93.73 | 0/150 yrs | Repl. | 0% | (0.00) | 93.73 |
| Repair unfinished drywall. | | | | | | | | | | |
| Revisions started by Michael Wimberly on 8/2/2021. | | | | | | | | | | |
| 47. Paint the walls and ceiling - two coats | | | | | | | | | | |
| | 852.64 SF | 0.96 | 14.07 | 166.52 | 999.12 | 0/15 yrs | Avg. | 0% | (0.00) | 999.12 |
| 48. Mask and cover large light fixture | | | | | | | | | | |
| | 3.00 EA | 20.31 | 0.16 | 12.22 | 73.31 | 0/15 yrs | Avg. | 0% | (0.00) | 73.31 |
| 49. Contents - move out then reset - Large room | | | | | | | | | | |
| | 1.00 EA | 85.06 | 0.00 | 17.02 | 102.08 | 0/NA | Avg. | 0% | (0.00) | 102.08 |
| Revisions ended by Michael Wimberly 8/2/2021 | | | | | | | | | | |



**Liberty Mutual**

PO Box  515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

**Dwelling Line Item Detail, cont.**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals:  Garage | | | 15.30 | 211.38 | 1,268.24 | | | | 0.00 | 1,268.24 |

+804.33

Source - Accurence - Interior - FRONT ELEVATION

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 50.  R&R Gutter / downspout - aluminum - up to 5" | | | | | | | | | | |
| | 78.17 LF | 7.04 | 17.99 | 113.66 | 681.97 | 0/25 yrs | Avg. | 0% | (0.00) | 681.97 |
| The above line item relates to damaged gutters on this elevation. | | | | | | | | | | |
| Totals:  FRONT ELEVATION | | | 17.99 | 113.66 | 681.97 | | | | 0.00 | 681.97 |
| Total: Interior | | | 64.60 | 1,164.64 | 6,987.70 | | | | 0.00 | 6,987.70 |
| Total:  Source - Accurence | | | 599.43 | 1,164.64 | 35,162.77 | | | | 0.00 | 35,162.77 |

+ 20,489.2?

BACK ELEVATION

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 51.  R&R Gutter / downspout - aluminum - up to 5" | | | | | | | | | | |
| | 16.00 LF | 7.04 | 3.68 | 23.26 | 139.58 | 0/25 yrs | Avg. | 0% | (0.00) | 139.58 |
| The above line item relates to damaged gutters on this elevation. | | | | | | | | | | |
| 52.  R&R Gutter / downspout - aluminum - up to 5" | | | | | | | | | | |
| | 10.00 LF | 7.04 | 2.30 | 14.54 | 87.24 | 0/25 yrs | Avg. | 0% | (0.00) | 87.24 |
| The above line item relates to damaged downspouts on this elevation. | | | | | | | | | | |
| Revisions started by Michael Wimberly on 8/2/2021. | | | | | | | | | | |
| 53.  R&R Air conditioning security cage | | | | | | | | | | |
| | 1.00 EA | 321.29 | 19.80 | 68.22 | 409.31 | 0/15 yrs | Avg. | 0% | (0.00) | 409.31 |
| Revisions ended by Michael Wimberly 8/2/2021 | | | | | | | | | | |
| Totals:  BACK ELEVATION | | | 25.78 | 106.02 | 636.13 | | | | 0.00 | 636.13 |

+84.86

FENCE

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| Revisions started by Michael Wimberly on 8/2/2021. | | | | | | | | | | |
| 58.  Clean with pressure/chemical spray - Light | | | | | | | | | | |
| | 756.00 SF | 0.31 | 23.89 | 47.00 | 305.25 | 0/NA | Avg. | 0% | <0.00> | 305.25 |
| Revisions ended by Michael Wimberly 8/2/2021 | | | | | | | | | | |



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

### Dwelling Line Item Detail, cont.

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals: FENCE** | | | 23.89 | 47.00 | 305.25 | | | | 0.00 | 305.25 |

Labor Minimums Applied

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 59. Heat, vent, & air cond. labor minimum | | | | | | | | | | |
| | 1.00 EA | 115.27 | 0.00 | 23.06 | 138.33 | 0/NA | Avg. | 0% | (0.00) | 138.33 |
| 60. Insulation labor minimum | | | | | | | | | | |
| | 1.00 EA | 161.60 | 0.00 | 32.32 | 193.92 | 0/NA | Avg. | 0% | (0.00) | 193.92 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 55.38 | 332.25 | | | | 0.00 | 332.25 |
| **Line Item Totals: CARI_RUBIO_ & _CHRIST1** | | | 649.10 | 1,481.44 | 37,086.80 | | | | 0.00 | 37,086.80 |

*+ 21,424.41*

[-] - Age is used to calculate the appropriate depreciation of your items. For some items, the age has been set to zero so that no depreciation is taken.
Please discuss this with your adjuster if you have any questions.

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

**Other Structures Line Item Detail**

FENCE

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54. R&R Wood fence - board on board - 5'- 6' high - treated | | | | | | | | | | | |
| | 8.00 LF | 37.79 | 11.54 | 62.76 | 376.62 | 10/12 yrs | Avg. | 75% | [M] | <240.72> | 135.90 |
| 55. Wood fence 5' - 6' high - Detach & reset - per 8' section | | | | | | | | | | | |
| | 1.00 EA | 81.28 | 0.18 | 16.30 | 97.76 | 0/NA | Avg. | 0% | | (0.00) | 97.76 |
| 56. R&R Post - wood - 4" x 4" fence grade cedar or equal | | | | | | | | | | | |
| | 1.00 EA | 81.35 | 3.17 | 16.90 | 101.42 | 10/12 yrs | Avg. | 75% | [M] | <63.53> | 37.89 |
| **57. R&R Wood fence slat 5' - 6' high - cedar or equal** | | | | | | | | | | | |
| | **32.00 EA** | **7.82** | **11.56** | **52.36** | **314.16** | **16/12 yrs** | **Avg.** | **75%** | **[M]** | **<201.07>** | **113.09** |
| **Totals: FENCE** | | | **26.45** | **148.32** | **889.96** | | | | | **505.32** | **384.64** |
| **Line Item Totals: CARI_RUBIO_ &_CHRIST1** | | | **26.45** | **148.32** | **889.96** | | | | | **505.32** | **384.64** |

CARI_RUBIO_&_CHRIST1

 **Liberty Mutual**

PO Box  515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

**Other Structures Line Item Detail, cont.**

[-] - Age is used to calculate the appropriate depreciation of your items. For some items, the age has been set to zero so that no depreciation is taken. Please discuss this with your adjuster if you have any questions.

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,639.33 | SF Walls | 956.22 | SF Ceiling | 2,595.55 | SF Walls and Ceiling |
| 956.22 | SF Floor | 106.25 | SY Flooring | 202.92 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 218.92 | LF Ceil. Perimeter |
| | | | | | |
| 956.22 | Floor Area | 1,030.52 | Total Area | 1,639.33 | Interior Wall Area |
| 2,170.19 | Exterior Wall Area | 226.92 | Exterior Perimeter of Walls | | |
| | | | | | |
| 3,789.93 | Surface Area | 37.90 | Number of Squares | 351.96 | Total Perimeter Length |
| 81.13 | Total Ridge Length | 155.52 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 37,086.80 | 97.66% | 37,086.80 | 98.97% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 889.96 | 2.34% | 384.64 | 1.03% |
| Loss of Use | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 37,976.76 | 100.00% | 37,471.44 | 100.00% |



**Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 34,956.26 |
| Material Sales Tax | 625.21 |
| Cleaning Mtl Tax | 0.62 |
| Subtotal | 35,582.09 |
| Overhead | 740.72 |
| Profit | 740.72 |
| Cleaning Sales Tax | 23.27 |
| **Replacement Cost Value** | **$37,086.80** |
| Less Deductible | (2,810.00) |
| Less Prior Payment(s) | (20,673.29) |
| **Net Claim Remaining** | **$13,603.51** |

_____
Michael Wimberly



**Liberty Mutual**

PO Box  515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 715.19 |
| Material Sales Tax | 26.45 |
| Subtotal | 741.64 |
| Overhead | 74.16 |
| Profit | 74.16 |
| **Replacement Cost Value** | **$889.96** |
| Less Non-recoverable Depreciation | <505.32> |
| **Actual Cash Value** | **$384.64** |
| Less Prior Payment(s) | (226.29) |
| **Net Claim Remaining** | **$158.35** |

_____
Michael Wimberly

 **Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 814.88 | 814.88 | 651.66 | 0.62 | 23.27 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **814.88** | **814.88** | **651.66** | **0.62** | **23.27** | **0.00** | **0.00** | **0.00** |

 **Liberty Mutual**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

## Recap by Room

**Estimate: CARI_RUBIO_&_CHRIST1**

| | | | | |
|---|---|---|---|---|
| **DEBRIS REMOVAL** | | | **542.00** | **1.52%** |
| Coverage: Dwelling | 100.00% = | | 542.00 | |

**Area: Source - Accurence**

**Area: Accurence**

| | | | | |
|---|---|---|---|---|
| **Roof** | | | **26,843.08** | **75.25%** |
| Coverage: Dwelling | 100.00% = | | 26,843.08 | |
| **Shed roof** | | | **797.16** | **2.23%** |
| Coverage: Dwelling | 100.00% = | | 797.16 | |
| **Area Subtotal:  Accurence** | | | **27,640.24** | **77.49%** |
| Coverage: Dwelling | 100.00% = | | 27,640.24 | |

**Area: Interior**

| | | | | |
|---|---|---|---|---|
| **Living Room** | | | **3,355.04** | **9.41%** |
| Coverage: Dwelling | 100.00% = | | 3,355.04 | |
| **Bedroom** | | | **811.54** | **2.28%** |
| Coverage: Dwelling | 100.00% = | | 811.54 | |
| **Garage** | | | **1,041.56** | **2.92%** |
| Coverage: Dwelling | 100.00% = | | 1,041.56 | |
| **FRONT ELEVATION** | | | **550.32** | **1.54%** |
| Coverage: Dwelling | 100.00% = | | 550.32 | |
| **Area Subtotal:  Interior** | | | **5,758.46** | **16.14%** |
| Coverage: Dwelling | 100.00% = | | 5,758.46 | |
| **Area Subtotal:  Source - Accurence** | | | **33,398.70** | **93.63%** |
| Coverage: Dwelling | 100.00% = | | 33,398.70 | |
| **BACK ELEVATION** | | | **504.33** | **1.41%** |
| Coverage: Dwelling | 100.00% = | | 504.33 | |
| **FENCE** | | | **949.55** | **2.66%** |
| Coverage: Dwelling | 24.68% = | | 234.36 | |
| Coverage: Other Structures | 75.32% = | | 715.19 | |
| **Labor Minimums Applied** | | | **276.87** | **0.78%** |
| Coverage: Dwelling | 100.00% = | | 276.87 | |

| | | | | |
|---|---|---|---|---|
| **Subtotal of Areas** | | | **35,671.45** | **100.00%** |
| Coverage: Dwelling | 98.00% = | | 34,956.26 | |
| Coverage: Other Structures | 2.00% = | | 715.19 | |



**Liberty Mutual**

PO Box  515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

**Total**                                                                    **35,671.45**          **100.00%**

Any person who knowingly, and with the intent to injure, defraud or deceive, submits information to an insurer that is false, incomplete or misleading, may be guilty of a crime.




Interior

Page: 16

9/4/2021









EXHIBIT C



PROFESSIONAL
ROOFING CONTRACTOR SINCE 1991

# Blue Ribbon, LLC
## Roofing & Construction

## CERTIFICATE OF COMPLETION

**Customer:** _Cari Rubio_

**Claim Number:** _045498276-01_

Work has been completed or scheduled per insurance estimate for the above referenced claim.  Please release depreciation and/or supplements.

_C Rubio_
Insured

_5/24/21_
Date

_John W ____
Contractor

_5/24/21_
Date

1716 Briarcrest Drive, Ste. 3 • Bryan, TX 77802
(979) 314-9943 • (888) 519-6534 Fax • www.BlueRibbonDFW.com



# Third Party Information Release Authorization.

**This form is used to authorize a third party to receive any communication in written or verbal form regarding the loss associated with this insurance claim, including discussing specifics or line items and payment amounts, as well as to receive the estimate (scope) directly**

· The Insured party may cancel the third-party notification and/or authorization at any time by withdrawing consent verbally or in writing to directly to the insurance carrier or to the contractor.

*Note: This is not a form of representation. BlueRibbon Roofing and GCE Services are not public adjusters or attorneys and cannot negotiation or affect a claim settlement or discuss any policy/coverage items. The form services only to authorize the documentation and discussion of damages, itemized estimates, and necessary repair methods.*

**Customer Information:** (customer requesting third-party authorization)

Customer Name: _Cari Rubio_

Claim Number: Insurance Carrier: _0454 98276-01_

Insured Address: _245 Dodge TRL._

City: _Keller_          Sate: _TX._     ZIP: _76248_

Phone Number: _214-402-1212_

Third-Party notification - Third party(s) listed below may receive copies of the Insureds scope of loss and estimate, and any revisions to these documents throughout the process.

Contractor Name: **BlueRibbon Roofing and partner group, GCE Services.**

I authorize the third party(s) listed above to receive and discuss information related damages and repair methods of the aforementioned claim and to directly receive copies of any estimates as needed.

_CRubio_                                        _5/24/21_
Customer's Signature (required)                  Date:

Called/Emailed carrier and gave direct permission on: _____
(Circle One)                                          (Date)

# Blue Ribbon Roofing

6401 Eldorado Pkwy., Ste. D · McKinney, TX 75070
(972) 464-1858 · (888) 519-6534 Fax · www.BlueRibbonRoof.com

# INVOICE

PROFESSIONAL
ROOFING CONTRACTOR SINCE 1991

**DATE:** August 30, 2021

**INVOICE #** 10203

**ATTENTION:**

Liberty Mutual Insurance Company

**Rep:** John Hopkins

(214)704-6031

**Claim #:** 045498276-01

**INSURED:**

Cari Rubio

245 Dodge Trail

Keller, TX, 76248-4941

## ALL WORK AT THE ABOVE ADDRESS HAS BEEN COMPLETED

| | |
|---|---|
| Full roof replacement  -tear off composition shingles & replace with laminated shingles | |
| Remove 35.87 SQ    Replace 36.59 SQ Laminated shingles with synethic underlayment | |
| Full gutter service Replace | |
| Ridge cap- composition shingles | |
| Replace flashing- pipe jacks | |
| Prime & paint roof vents | |
| Repair & replace drip edge | |
| All work completed to insurace scope | |
| | |
| Lifetime manufacture's warranty on material | |
| 10 Year workmanship warranty from date of install | |
| | |
| All roof & repair work completed per insurance scope | |
| | |
| **Deductible Paid** | $2,810.00 |
| **Plus Supplemental Payment to be Determined** | |
| **SUBTOTAL** | $37,976.76 |
| This invoice is per insurance scope **OTHER** | |
| **TOTAL** | $37,976.76 |

**THANK YOU FOR YOUR BUSINESS!**



Amount:      $8,795.16
Account:     2360072065
Bank Number: 11900371

Sequence Number: 4387448042
Capture Date:   05/26/2021
Check Number:   52876367

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT    CHECK BACKGROUND AREA CHANGE COLOR GRADUALLY FROM TOP TO BOTTOM

VIS "000966"
PLANO, TX-IRVING SW HOMEOWNER
P.O. BOX 1525
DOVER, NH 03821-1525

Liberty Mutual.
INSURANCE

81-48/119
BANK OF AMERICA
HARTFORD, CT

*PAY*EIGHT*THOUSAND*SEVEN*HUNDRED*NINETY*FIVE*DOLLARS*SIXTEEN*CENTS*

| OFFICE NO. | B. CODE | PAYMENT IDENTIFICATION | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|
| 8988 | 484 | CLAIM 045498276-0001 | 52876367 | 05/18/21 |

PAY *D*$8795.16

VOID IF NOT PRESENTED W/I 6 MO
DAYS OF ISSUE DATE OF CHECK.

PAY TO THE
ORDER OF:
CARI RUBIO
& CHRISTOPHER RUBIO
& PENNYMAC LOAN SERVICES, LLC
245 DODGE TRL
KELLER TX  76248-4941

*52876367* *011900445* 0022400720 65*

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

MCSCK (5/18)

>103100881< 20210525
FIRST UNITED BANK & TRUST CO
Drawer/Trans#: 00578/0004
RIN: 7815-12460000007

DATE OF MOBILE DEPOSIT

PENNYMAC

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/25/2021 | 781512460000007 | 103100881 | Undetermined | N | | |
| 05/25/2021 | 781512460000007 | 103100881 | Rtn Loc/BOFD | Y | | First United Bank an |
| 05/26/2021 | 004302440049 | 11300016 | Pay Bank | N | | First United Bank an |
| 05/26/2021 | 6343277151 | 61000146 | Undetermined | N | | Federal Reserve Bank |

Amount:        $12,104.42          Sequence Number: 5592383749

Account:       2240072065          Capture Date:     09/03/2021

Bank Number: 11900571              Check Number:     53548735

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

VIS *000896*                                          51-44/119
PLANO, TX-IRVING SW HOMEOWNER                         BANK OF AMERICA
P.O. BOX 1525                    HARTFORD, CT
DOVER, NH 03021-1525    Liberty Mutual.
                        INSURANCE

**PAY*TWELVE*THOUSAND*ONE*HUNDRED*FOUR*DOLLARS*AND*FORTY*TWO*CENTS**

| OFFICE NO. | R. CODE | PAYMENT IDENTIFICATION | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|
| 0900 | 404 | CLAIM  045498276-0001 | 53548735 | 08/16/21 |

PAY   *$12104.42

VOID IF NOT PRESENTED WITHIN 90
DAYS OF ISSUE DATE OF CHECK

PAY TO THE
ORDER OF      CARI RUBIO
              & CHRISTOPHER RUBIO
              & PENNYMAC LOAN SERVICES, LLC
              245 DODGE TRL
              KELLER TX  76248-4941

⑈53548735⑈ ⑆011900445⑆ 00 2240072065⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CSCK (5/18)

>103100881< 20210902
FIRST UNITED BANK & TRUST CO
Prewire/Transit: 0035510094
HIN: 791512560000223



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 09/03/2021 | 005992382749 | 11300016 | Pay Bank | N | | |
| 09/03/2021 | 7420087650 | 61000146 | Undetermined | N | | Federal Reserve Bank |
| 09/02/2021 | 791512560000223 | 103100881 | Undetermined | N | | First United Bank an |
| 09/02/2021 | 791512560000223 | 103100881 | Rtn Loc/BOFD | Y | | First United Bank an |

Amount:      $13,761.86        Sequence Number: 4693123463

Account:     2240372065        Capture Date:    09/29/2021

Bank Number: 11900571          Check Number:    53716110

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.            CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

VIS *001374*
PLANO, TX-IRVING SW HOMEOWNER
P.O. BOX 1525
DOVER, NH 03821-1525


Liberty Mutual.
INSURANCE

51-44/119
BANK OF AMERICA
HARTFORD, CT

**PAY*THIRTEEN*THOUSAND*SEVEN*HUNDRED*SIXTY*ONE*DOLLARS*EIGHTY*SIX*CENTS*

| OFFICE NO. | E CODE | PAYMENT IDENTIFICATION | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|
| 6400 | 484 | CLAIM #45498276-0001 | 53716110 | 09/07/21 |

PAY  *$13761.86

VOID IF NOT PRESENTED WITHIN 90
DAYS OF ISSUE DATE OF CHECK

PAY TO THE
ORDER OF

CARI RUBIO
& CHRISTOPHER RUBIO
& PENNYMAC LOAN SERVICES, LLC
245 DODGE TRL
KELLER TX 76248-4941

*53716110* *011900445* 0022400720065*

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CSCK (5/18)

>103100391< 20210928
FIRST UNITED BANK & TRUST CO
Drawer/Drawee: 00358/0003
HIN: 794912530000075



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 09/28/2021 | 794912530000075 | 103100881 | Rtn Loc/BOFD | Y | | First United Bank an |
| 09/28/2021 | 794912530000075 | 103100881 | Undetermined | N | | First United Bank an |
| 09/29/2021 | 7692823527 | 61000146 | Undetermined | N | | Federal Reserve Bank |
| 09/29/2021 | 004693123463 | 11900016 | Pay Bank | N | | |



**Check Fraud Claims Department**
**Fraud Statement of Claimant - Instructions**

The *Fraud Statement of Claimant* form is used to make a legal claim about the wrongful use of a negotiable instrument.

The *Fraud Statement of Claimant* form must be signed as follows:

- If the claim is for a forged signature or a counterfeit check, the account signer whose signature is forged must sign.
- If the claim is for a forged endorsement, both an account owner or authorized signer and the payee/endorser must sign.
- If the person who signed the item is not an authorized signer on the account, an account owner or authorized signer must sign.

After completing *the Fraud Statement of Claimant*, please forward the following documentation in the enclosed postage-paid return envelope:

- Original copy of the completed and signed Fraud Statement of Claimant form(s).
- Original forged item(s), if available, or photocopies of both sides of the check(s).

When the Bank receives your completed *Fraud Statement of Claimant* form, your claim will be researched. Circumstances that may delay the resolution of your claim include:

- Incomplete documentation
- Forged endorsements claims
- Alterations claims

## How to complete the Fraud Statement:

- **Claimant's Name:** Enter your name or business name.
- **Account Number:** Enter your full account number, including the zeros, on which the misuse occurred.
- **Date:** Enter today's date.
- **Type of Fraud:** Check the box that applies to the item(s) listed on the form. If the "Other" box is checked, write the reason the item is being claimed.
- **Check No.:** Enter the number of the instrument, if any.
- **Check Date:** Enter the date check was written.
- **Amount:** Enter the amount of the instrument.
- **Payable to (Payee):** Enter the name of the person or business name to whom the instrument was made payable.
- **Declarations:** Read the declarations listed. The *Fraud Statement of Claimant* is a legal document. The completed form can be used in court as evidence. You may be required to testify or certify in court to the truth of all statements contained in the *Fraud Statement of Claimant.*
- **Sign Form:** Sign your name in the space provided, indicating your business phone number, and the date.

## Special Instructions for forged endorsements:

**Payee's Signature:** The payee on the check must sign in the space provided, indicating the date signed. *How to complete the Letter of Circumstance:*

- **Circumstances:** Describe any circumstances that may have contributed to the misuse of the instrument(s) described on the form. For example, your checks or identification may have been lost or stolen.
- **Suspect Information:** If you suspect someone of negotiating the instrument(s), you must write his or her name and address in the space provided, if known.
- **Police Report:** Indicate whether a police report was filed. If so, write the name of the agency and the investigator's name and phone number, including the area code, in the space provided, and attach a copy of the police report to the *Fraud Statement of Claimant.*
- **Account Closure:** Indicate whether the affected account was closed.

## Where to send the Fraud Statement:

After completing the *Fraud Statement of Claimant*, send it with the documentation listed above to the Check Fraud Claims Department in the postage-paid envelope provided. If the envelope is missing, or if you have any additional questions about completing the forms, or about ordering copies of statements or paid checks, please call a customer service representative at 888.701.0075, Monday through Friday between 9:00 AM and 6:00 PM Pacific & Central Time for assistance.

1

**Bank of America**

CLAIM NUMBER (for Bank use only):

## Fraud Statement of Claimant

| CLAIMANT'S NAME (LAST, FIRST, MI) OR BUSINESS NAME | ACCOUNT NUMBER | DATE |
|---|---|---|
| **Liberty Mutual Insurance Company** | 002240072065 | 6/21/2022 |

| ☐ Signature Forged | X Endorsement Forged | ☐ Counterfeit Item(s) | ☐ Other |
|---|---|---|---|
| The signature on the face of the item(s) described below is a forgery. I did not sign the item(s) and I did not authorize the signature. | The endorsement on the reverse of the item(s) described below is a forgery, missing, or not as drawn. I did not endorse the item(s) and I did not authorize the endorsement. | The item(s) are an imitation of one drawn on my account. I did not create, authorize the creation, or sign the item(s). | (Please describe below) |

Describe the fraudulent item(s) below:

## FORGED ENDORSEMENT

| Check # | Amount: | Check Date | Payable to (Payee): |
|---|---|---|---|
| 53716110 | $ 13,761.86 | 09/07/2021 | CARI RUBIO & CHRISTOPHER RUBIO & PENNYMAC LOAN SERVICES, LLC |
| 53548735 | $ 12,104.42 | 08/16/2021 | CARI RUBIO & CHRISTOPHER RUBIO & PENNYMAC LOAN SERVICES, LLC |
| 52876367 | $ 8,795.16 | 05/18/2021 | CARI RUBIO & CHRISTOPHER RUBIO & PENNYMAC LOAN SERVICES, LLC |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |

☐ Additional items described in the Attachment to the Fraud Statement of Claimant

2

**Bank of America**

CLAIM NUMBER (for Bank use only):

**Fraud Statement of Claimant**

CLAIMANT'S NAME (LAST, FIRST, MI) OR BUSINESS NAME

Liberty Mutual Insurance Company

| ACCOUNT NUMBER | DATE: |
|---|---|
| 002240072065 | 06/21/2022 |

**I declare the following:**

- I did not receive benefit or value from the proceeds of the item(s) listed on this fraud statement, and no proceeds were applied to any use or purpose on my behalf.
- I have not arranged with the person(s) who misused the fraudulent item(s) to be reimbursed from any of the proceeds of the fraudulent item(s).
- I promise to testify or certify to the truth of all applicable statements in this fraud statement before any judge, officer of a court, or other person, in any case now pending or which may occur regarding this fraud statement.

**I declare under penalty of perjury under the laws of the State of New Hampshire that the information set forth in this form is true and correct.**

| CLAIMANT'S SIGNATURE (maker): *Midori Pryor* | PHONE NUMBER | DATE: 6/21/2022 |
|---|---|---|
| PRINT CLAIMANT'S NAME: Midori Pryor | BUSINESS TITLE OR POSITION Financial Operation Rep.II | EMAIL ADDRESS (insert if we may use to contact you regarding this claim): PL_CLAIMS_FORGERIES@libertymutual.com |

**IF FORGED, MISSING or "NOT ENDORSED AS DRAWN" CLAIM,**
the payee/endorser must sign below (in addition to the claimant)

**I declare under penalty of perjury under the laws of the State of _____ (state) that the information set forth in this form is true and correct.**

| PAYEE/ENDORSER'S SIGNATURE: *Lisa M Carrillo* | PHONE NUMBER 818-224-7471 | DATE: 8-5-2022 |
|---|---|---|
| PRINT PAYEE/ENDORSER'S NAME: Lisa M. Carrillo | BUSINESS TITLE OR POSITION FVP-loan Servicing | EMAIL ADDRESS (insert if we may use to contact you regarding this claim): lisa.carrillo@pnmac.com |

Subscribed and sworn to before me

this _____ day of _____ 202_

*See Attached*

NOTARY PUBLIC

My Commission expires _____

3

**ACKNOWLEDGMENT**

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

STATE OF ___California_____ )
COUNTY OF _Ventura_____ )

On ___August 5, 2022_____ before me, ___Carolyn R. Evans, Notary Public____
                                                        (insert name and title of the officer)
personally appeared _____Lisa Carrillo_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct,

Witness my hand and official seal.

Signature _____ (Seal)
          Carolyn R. Evans, Notary Public

CAROLYN R. EVANS
Notary Public - California
Ventura County
Commission # 2309986
My Comm. Expires Oct 22, 2023